UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHELSEA NICOLE LANDRY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2096** |
| **ST. TAMMANY PARISH SCHOOL BOARD, ET AL.** | **SECTION: "P" (1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, Defendants' Motion to Dismiss (R. Doc. 6), the Magistrate Judge's Report and Recommendation (R. Doc. 15), and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (R. Doc. 6) is **GRANTED**, Plaintiffs' federal law claims against all Defendants are **DISMISSED WITH PREJUDICE**, and Plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 23rd day of June 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**